CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 0 5 2007

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL POFF, | ) | Civil Action No. 7:06CV00429 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | By: Hon. James C. Turk<br>Senior United States District Judge |

Plaintiff, Michael Poff, a forty-one year old male, was denied disability benefits by the Commissioner of Social Security. He appealed the decision to this court, and the matter was referred to United States Magistrate Judge Michael F. Urbanski for a report and recommendation. On April 18, 2007, the Magistrate issued an opinion recommending that this court reverse the Commissioner's previous decision and remand the case for the purpose of calculating and paying proper benefits. More than ten days have passed and no objections have been filed. The court has reviewed Magistrate Urbanski's reasoning and finds it to be sound and finds no substantial evidence to support the ALJ's decision. Therefore, it is

### ADJUDGED AND ORDERED

that Magistrate Urbanski's recommendation is **ADOPTED** in full. The Commissioner's previous decision denying Plaintiff's claim is **REVERSED** and the case is **REMANDED** for the purpose of calculating and paying proper benefits.

The Clerk of Court is directed to send certified copies of this Order to all counsel of record.

ENTER:     This 5th day of June, 2007.

*/s/ James C. Turk*
Hon. James C. Turk
Senior United States District Judge